UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWNTAY RICARDO ALLEN,

                    Petitioner,

       -v.-

U.S. DEPARTMENT OF HOMELAND
SECURITY,

                    Respondent.

26 Civ. 4142 (JHR)

ORDER TO ANSWER

JENNIFER H. REARDEN, District Judge:

Before the Court is Petitioner Dawntay Ricardo Allen's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, dated Thursday, April 30, 2026. *See* ECF No. 1 (Pet.). The Court received notice of the Petition on May 18, 2026. It is hereby ORDERED that:

1. By **May 22, 2026** at **2 p.m.**, Respondent shall "show cause why the writ should not be granted." 28 U.S.C. § 2243.

2. By **June 12, 2026**, Petitioner shall file any reply.

3. The parties shall reserve **June 17, 2026** at **10:30 a.m.** for a hearing on the Petition. Should Petitioner wish to file his reply earlier, or **if he informs the Court prior to June 12 that he does not intend to submit a reply**, the Court will schedule the hearing for an earlier day.

**The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following emailing address: jeffrey.oestericher@usdoj.gov.**

The Clerk of Court is further directed to mail a copy of this Order to the self-represented Petitioner at the mailing address on the docket.

SO ORDERED.

Dated: May 20, 2026
       New York, New York

JENNIFER H. REARDEN
United States District Judge