UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWNTAY RICARDO ALLEN,<br><br>                    Plaintiff,<br><br>-v.-<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>                    Defendant. | 26 Civ. 4142 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Petitioner Dawntay Ricardo Allen filed this petition for a writ of habeas corpus on May 18, 2026.  ECF No. 1.  On May 20, 2026, the Court issued an Order to Answer requiring Respondent the Department of Homeland Security to show cause by May 22, 2026 at 2:00 p.m. why the writ should not be granted.  ECF No. 5.  The same Order directed Petitioner to file any reply by June 12, 2026 and provided that the parties should reserve June 17, 2026 at 10:30 a.m. for a hearing on the Petition.  *Id.*  On May 22, 2026, Respondent filed a letter in response to the order to show cause.  ECF No. 8.  According to the Clerk of Court's June 4, 2026 docket entry, the copy of the Court's Order at ECF No. 5 that was mailed to Petitioner was "returned to sender."  The Court thus directed Respondent to, by June 10, 2026, file a letter informing the Court of Petitioner's current location and mailing address.  ECF No. 10.  On June 10, 2026, Respondent informed the Court that "ICE ha[d] confirmed that Petitioner remains detained at Orange County Jail in Goshen New York."  ECF No. 11.

Because it appears that Petitioner did not receive the Court's May 20 Order at ECF No. 5, the Court hereby *sua sponte* extends the deadline for Petitioner to file a reply to **July 2, 2026**. The hearing tentatively scheduled for June 17, 2026 is adjourned to **July 6, 2026 at 2:00 p.m.**

Should Petitioner wish to file his reply sooner, or **if he informs the Court prior to July 2 that he does not intend to submit a reply**, the Court will schedule the hearing for an earlier day.

The Clerk of Court is directed to mail a copy of this Order, Respondent's May 22, 2026 letter (ECF No. 8), and Respondent's June 10, 2026 letter (ECF No. 11) to Petitioner at the below address.

> Dawntay Ricardo Allen c/o ICE
> A245-822-361
> Orange County Jail
> 110 Wells Farm Road
> Goshen, New York 10924

In addition, Respondent shall serve a copy of the above-referenced items on Petitioner and file proof of service on the docket by **June 15, 2026**.

SO ORDERED.

Dated: June 11, 2026
     New York, New York

JENNIFER H. REARDEN
United States District Judge